UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UBS FINANCIAL SERVICES INC.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM R. COLE, MICHAEL R. PRESTON, AND JOHN LLODRA,<br><br>Defendants. | CIVIL ACTION NO.<br>05-10121RWZ |

## MOTION TO WITHDRAW AND VACATE NOTICE OF REMOVAL

Defendants William R. Cole, Michael R. Preston and John Llodra ("Defendants") hereby file this Motion to Withdraw and Vacate Notice of Removal. Defendants state that they inadvertently filed the Notice of Removal with this Court. Accordingly, Defendants respectfully request that this Court vacate the Notice of Removal and allow this matter to proceed in the Superior Court for the Commonwealth of Massachusetts, Suffolk County.

Allowed
[signature] 1/20/05

DEFENDANTS WILLIAM R. COLE,
MICHAEL R. PRESTON
AND JOHN LLODRA,

[signature]

Michael B. Cosentino, BBO#558036
Lana Sullivan, BBO #649364
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
Wellesley Office Park, Suite 200
60 William Street
Wellesley, Massachusetts 02481-3803
Tel: (781) 237-4400
Fax: (781) 235-2333

Dated: January 20, 2005

1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and accurate copy of the foregoing was served by hand, upon all counsel of record this 20th day of January 2005.

_____
Lana Sullivan